# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,,<br><br>                       Plaintiff,<br><br>v.<br><br>VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION, et al.,<br><br>                       Defendants. | Case No. 2:16-cv-00274-APG-PAL<br><br>ORDER |

Before the court is the Defendant Saticoy Bay LLC's Series 9732 Mount Cupertino's Motion to Vacate Stay and Re-Set Settlement Conference (ECF No. 44).  On August 18, 2016 the district judge stayed this case pending a mandate from the Ninth Circuit in Bourne Valley Trust v Wells Fargo Bank, given its implications on pending HOA foreclosure cases.  The order vacated the settlement conference then set for September 14, 2016.  Counsel for Saticoy claims this case is unique from other HOA foreclosure actions and that a settlement conference should be able to resolve this case.

**IT IS ORDERED** that the parties shall have until **September 8, 2016**, to file a response to the motion.

DATED this 31st day of August, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1