LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for VIA VALENCIA/VIA VENTURA HOMEOWNER ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION; SATICOY BAY LLC-SERIES 9732 MOUNT CUPERTINO; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | CASE NO.: 2:16-cv-00274-APG-PAL <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Defendant VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION ("Via Valencia") by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson P.C.

LIPSON NEILSON P.C., continues to serve as counsel for Via Valencia in this action, and therefore no parties are prejudiced by this withdrawal. The undersigned respectfully request the court remove David A. Markman., Esq. from the electronic service

Page 1 of 3

list in this action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 29th day August, 2018.

LIPSON NEILSON P.C.

By: _____/s/ J. William Ebert_____
J. William Ebert, Esq. (Bar No. 2697)
Karen Kao, Esq. (Bar No. 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Via Valencia/Via Ventura Homeowners Association*

## COURT APPROVAL

**IT IS SO ORDERED:**

**DATED:** __August 30, 2018_____

_____
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2018, service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties listed below:

Ariel E. Stern, Esq. (Bar No. 8276)
Miles N. Clark, Esq. (Bar No. 13848)
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
Ariel.stern@akerman.com
Miles.clark@akerman.com

*Attorneys for Bank of America, N.A.*

Michael F. Bohn
LAW OFFICES OF MICHAEL F. BOHN
376 E. Warm Springs Rd. Ste #140
Las Vegas, NV 89119
702-642-3113
mbohn@bohnlawfirm.com

*Attorney for Saticoy Bay LLC Series 9732 Mount Cupertino*

Shane D. Cox
ABSOLUTE COLLECTIONS SERVICES, LLC
8440 W. Lake Mead Blvd. Suite 201
Las Vegas, NV 89128
702-531-3394
shan@absolute-collection.com

*Attorney for Absolute Collection Services, LLC*

/s/ Sydney Ochoa
_____
An Employee of LIPSON NEILSON P.C.