LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for VIA VALENCIA/VIA VENTURA HOMEOWNER ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION; SATICOY BAY LLC-SERIES 9732 MOUNT CUPERTINO; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. <br><br> And all related claims. | CASE NO.: 2:16-cv-00274-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINES TO FILE RESPONSES TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Bank of America, N.A. (BANA), Defendants Via Valencia/Via Ventura Homeowners Association, Saticoy Bay LLC-Series 9732 Mount Cupertino, Absolute Collection Services, LLC through their undersigned counsel of record, stipulate to extending Via Valencia/Via Ventura Homeowners Association deadline to file responses to the pending partial summary judgment motion, ECF No. 68, for an additional 3 days, to May 3, 2019.

This is the parties' first request for an extension of this deadline. The parties do not make this request to cause delay or prejudice any party.

DATED this 30th day of April, 2019.

| LIPSON NEILSON P.C. | AKERMAN LLP |
|---|---|
| /s/ Karen Kao | /s/ Rex D. Garner |
| _____ | _____ |
| J. WILLIAM EBERT, ESQ.<br>NV Bar No. 2697<br>KAREN KAO, ESQ.<br>NV Bar No. 14386<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>Attorneys for Defendants<br>Madeira Canyon Homeowners Association | Darren T. Brenner, Esq.<br>NV Bar No. 8386<br>Rex D. Garner, Esq.<br>NV Bar No. 9401<br>1635 Village Center Circle, Ste 200<br>Las Vegas, NV 89144<br>Attorneys for Plaintiff Bank of America, N.A. |
| LAW OFFICE OF MICHAEL F. BOHN | ABSOLUTE COLLECTION SERVICES, LLC |
| /s/ Michael F. Bohn | /s/ Shane D. Cox |
| _____ | _____ |
| Michael F. Bohn<br>NV Bar No. 1641<br>Adam R. Trippiedi, Esq.<br>NV Bar No. 12294<br>2260 Corporate Circle, Ste 480<br>Henderson, NV 89074<br>*Attorneys for Saticoy Bay* | Shane D. Cox, Esq.<br>NV Bar No. 13852<br>7485 W. Azure Drive, Suite 129<br>Las Vegas, NV 89130<br>*Attorneys for Absolute Collection Services* |

LIPSON NEILSON, P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

Bank of America, N.A., v. Via Valencia/Via Ventura Homeowners Association, et al.

Case No. 2:16-cv-00274-APG-PAL

## **ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 1, 2019.

Submitted by:

LIPSON NEILSON P.C.

By:_____/s/ Karen Kao_____
    J. WILLIAM EBERT, ESQ.
    Nevada Bar No. 2697
    KAREN KAO, ESQ.
    Nevada Bar No. 14386
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    (702) 382-1500 - Telephone
    (702) 382-1512 - Facsimile
    bebert@lipsonneilson.com
    sjeong@lipsonneilson.com
*Attorneys for Defendant VIA VALENCIA/VIA VENTURA HOMEOWNER ASSOCIATION*